

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2017

No. 04-17-00334-CV

Louis **DORFMAN**, K.I. Holdings, Ltd., Sam Myers, JMD Resources, Inc., Billy Cogdell Bowden, Barbara Stanfield, Stacey Dorman Kivowitz, Julia Dorfman, Mark Dorfman, Samuel Grant Dorfman, Individually and as Independent Executor of the Estate of Sam Y. Dorfma, Appellant

v.

**VICEROY PETROLEUM, LP,** 1776 Energy Partners, LLC and Shirley Wiatrek, Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 15-08-00185-CVK
Honorable Russell Wilson, Judge Presiding

## O R D E R

Leticia M. Escamilla's notification of late record is hereby noted. The reporter's record is due on or before September 4, 2017.

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2017.

Luz Estrada
Chief Deputy Clerk